

SUBJECT: CRIMINAL COMPLAINT DUE TO RETALIATORY ACT BY STAFF

DATE: 4-26-24

3:24-CV-433-TJC-PDB

RE: SANTA ROSA C.I. M/U

Dear Clerk,

This is a legal complaint concerning retaliatory acts by officers doing criminal minded acts in violation of my constitution at Santa Rosa C.I. & they are stealing my grievances out the inmate grievance box & staffs in B-dorm are refusing to provide me with 303 forms, & request forms to file my complaints & exhaust my grievance process etc. in retaliation.

I am submitting this emergency complaint so that office can please forward it to the warden Mr. Leavins, & to the inspector general office for corrective action & thoroughly investigate into my allegations. I been sexual battered & starved. I would really appreciate your help & thank you for your time. Be blessed.

4-26-24
Date

/s/ James T. Murrin
James T. Murrin
#L07713    B-2102L
Santa Rosa C.I. M/U
5850 East Milton Rd.
Milton, Fla. 32583
Pro Se