# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JAMES T. MURZIKE,

    Plaintiff,

v.                          Case No. 3:24-cv-433-TJC-PDB

SANTA ROSA C.I.,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system, is proceeding pro se. Plaintiff filed a letter (Doc. 1) dated April 26, 2024. In the letter, he alleges that correctional officers at Santa Rosa Correctional Institution are stealing his grievances and refusing to provide forms in retaliation.

Plaintiff has not properly initiated a case under Federal Rule of Civil Procedure 3 ("A civil action is commenced by filing a complaint with the court."). Plaintiff is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests.

Here, Plaintiff has neither filed a complaint nor provided the Court with all of the information required by the civil rights complaint form.

Additionally, any complaints Plaintiff has about his conditions of confinement at Santa Rosa Correctional Institution should be filed in the United States District Court for the Northern District of Florida. Plaintiff is further advised that he may not correspond by letter with this Court. All requests for relief must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice and close the file.

3. The **Clerk** shall send Plaintiff a civil rights complaint form and an application to proceed in forma pauperis (prisoner filings) form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file a fully completed application to proceed in

forma pauperis (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of May, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

caw 5/6
c:
James T. Murzike, #L07713